ACCEPTED
01-14-00641-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 3:57:40 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00641-CR

In the
## COURT OF APPEALS
For the
## FIRST SUPREME JUDICIAL DISTRICT
at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 3:57:40 PM
CHRISTOPHER A. PRINE
Clerk

_____

On Appeal from the 434th District Court of
Fort Bend County, Texas
Cause Number 11-DCR-056513

_____

## CORNELIUS MILAN HARPER, Appellant
*v.*
## THE STATE OF TEXAS, Appellee

_____

## APPELLANT'S MOTION FOR EXTENSION OF TIME

_____

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Cornelius Milan Harper, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1. Appellant's brief is due in this case on July 22, 2015.

2. Appellant seeks an extension of time because the complete Reporter's Record has not been filed.

3. The undersigned submitted a written request to the Clerk of the Court for the Clerk's Record and the Reporter's Record. The Clerk of the Court mailed the undersigned a disk with that record. The Clerk's Record in this case is 1,034

pages and the Reporter's Record purportedly consists of seventy-one volumes.

4.      In reviewing the Reporter's Record in preparation of drafting Appellant's brief, the undersigned discovered that fifteen volumes of the Reporter's Record are missing.

5.      The undersigned telephoned the Court on June 30, 2015, and informed the Clerk's Office that fifteen volumes of the Reporter's Record are missing from the disk that was mailed to the undersigned.   The Deputy Clerk checked the records of the Court and found that those volumes had not been filed with the Court.   The undersigned informed the Deputy Clerk of the volume numbers that were missing and the name of the Court Reporter who took down those volumes, according to the Master Index of the Reporter's Record.

6.      The Deputy Clerk advised the undersigned that the Court would contact the Court Reporter whose volumes were missing and order her to file them. The undersigned explained that Appellant's brief is due on July 22, 2015, with no further extensions, but that the undersigned could not complete the brief without the volumes.   The Deputy Clerk responded that the undersigned should wait one week and if she heard nothing, to file a motion for extension of time.   Regardless, the Deputy Clerk advised that Appellant's brief would not be due until thirty days after the complete Reporter's Record was filed.

7.      The undersigned has filed two previous motions for extension of time in this case.

8.      For the reasons set forth above, Appellant respectfully requests that the deadline for filing Appellant's brief will be reset until thirty days after the complete Reporter's Record in this case is filed.   TEX. R. APP. P. 38.6(a)(2).

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,

_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Fort Bend County District Attorney's Office, 301 Jackson Street, Richmond, Texas 77469, on July 7, 2015.

__/s/ Kristen Jernigan_____
Kristen Jernigan